**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: C.K.M., A MINOR   :   No. 352 MAL 2022
  :
  :
  :
PETITION OF: C.K.M.   :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.